```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                   CENTRAL DIVISION AT LEXINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN SPICER, )<br>)<br>Defendant ) | Criminal Action No. 5:07-137-JMH<br><br><br><br>**MEMORANDUM OPINION AND ORDER** |

                   **    **    **    **    **

This matter is before the Court on the Report and Recommendation of Magistrate Judge James B. Todd [Record No. 359]. Said action was referred to the magistrate for the purpose of reviewing the merit of Petitioner's Motion to Vacate pursuant to 28 U.S.C. § 2255 [Record No. 321]. The time for filing objections to the Report and Recommendation has passed and none have been filed.

Although it is clear that "a judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations made by the magistrate judge," 28 U.S.C. § 636, when, as in the case *sub judice*, there are no objections to the Report and Recommendation, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Consequently, this Court adopts the reasoning set forth in the Report and Recommendation as its own. Defendant's sentence was within the applicable maximum statutory penalty range, and, by

virtue of her Plea Agreement she knowingly and voluntarily waived the right to collaterally attack her guilty plea and conviction in the present § 2255 motion.

Accordingly, **IT IS ORDERED:**

(1) that the Report and Recommendation of the Magistrate Judge [Record No. 359] be, and the same hereby is, **ACCEPTED**; and

(2) that Petitioner's Motion to Vacate [Record No. 321] be, and the same hereby is **DENIED**.

This the 13th day of May, 2010.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge